In the Matter of NATHANIEL M. MINKOFF, as Treasurer of Joint Board of Dress and Waistmakers' Union of Greater New York, v. LUGAY FROOKS, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. The stay contained in the order to show cause, dated May 3, 1962, is vacated. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

GREAT AMERICAN INSURANCE COMPANY v. JOHN R. COCHRANE et al. — Motion for reargument denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

ALBERT M. ZLOTNICK v. CARIBBEAN AND SOUTHEASTERN DEVELOPMENT CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962 with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS CHIRCO, JR.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND L. AUTEN.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD GRAVES v. HENRY J. NOBLE, as Warden.— Motion to dismiss appeal granted. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LEWIS MOORE.— Motion for leave to dispense with printing granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

EDNA DENBERG v. JEROME A. DENBERG.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 31, 1962, with notice of argument for June 12, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

## (May 18, 1962)

HUGH P. CAROLAN, as Administrator of the Estate of HONORE A. R. CAROLAN, Deceased, v. JOSEPH B. ALTRUDA et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 14, 1962 with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.